In the Matter of the Accounting of CORTLANDT F. BISHOP, as Trustee of MATILDA W. WHITE, Deceased.

AMY B. BISHOP et al., as Executors of CORTLANDT F. BISHOP, Deceased, Appellants; BEATRICE B. BERLE et al., Respondents.

Submitted October 2, 1944; decided October 12, 1944.

*John B. Doyle* for motion.

*Winthrop H. Kellogg, George L. Allin* and *William Fitz Gibbon* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground the order does not finally determine the proceeding within the meaning of the Constitution.